IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WALTER L. KINNEBREW and
LINDA K. KINNEBREW                                                                          PLAINTIFFS

VERSUS                                                              CIVIL ACTION NO. 4:12CV008-P-V

KIRBY INLAND MARINE, LP, INDIVIDUALLY;
KIRBY CORPORATION, INDIVIDUALLY AND
d/b/a KIRBY INLAND MARINE, L.P.; JOHN DOES
1-5 AND JOHN DOE ENTITIES 1-5                                                               DEFENDANTS

**ORDER EXTENDING DEADLINES IN THE CASE MANAGEMENT ORDER**

Before the Court is the parties' *ore tenus* Agreed Motion to Extend Deadlines in the Case Management Order. Having considered the Motion, the Court finds that it should be granted.

Accordingly, the Court hereby extends the deadlines as follows:

| | |
|---|---|
| Plaintiffs' Expert Deadline: | October 1, 2012 |
| Defendants' Expert Deadline: | November 1, 2012 |
| Discovery Deadline: | November 30, 2012 |
| Dispositive Motions and Daubert-type Motions Deadline: | December 17, 2012 |

SO ORDERED, this the 6th day of September, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

PREPARED BY:                                              AGREED TO BY:

/S/ Don H. Evans                                          /S/ Frank Dantone
Don H. Evans, MSB 5259                                    Frank Dantone, MSB 5792
Attorney for Plaintiff                                    Attorney for Defendants