# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

WALTER L. KINNEBREW and
LINDA K. KINNEBREW                                                         PLAINTIFFS

VERSUS                                         CIVIL ACTION NO. 4:12CV008-SA-JMV

KIRBY INLAND MARINE, LP, INDIVIDUALLY;
KIRBY CORPORATION, INDIVIDUALLY AND
d/b/a KIRBY INLAND MARINE, L.P.; JOHN DOES
1-5 AND JOHN DOE ENTITIES 1-5                                              DEFENDANTS

## AGREED ORDER EXTENDING DEADLINES IN THE CASE MANAGEMENT ORDER

Before the Court is the parties' *ore tenus* motion to Extend Deadlines in the Case Management Order. Having considered the motion, the Court finds that it should be granted.

Accordingly, the Court hereby extends the deadlines as follows:

　　Plaintiff's Experts:　　　　　December 21, 2012

　　Defendants' Experts:　　　　January 22, 2013

SO ORDERED, this the 14th day of December, 2012.

　　　　　　　　　　　　　　　　　　　　　/s/　Jane M. Virden
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


PREPARED BY:                                    AGREED TO BY:

/S/ Don H. Evans                                /S/ Frank Dantone
Don H. Evans, MSB 5259                          Frank Dantone, MSB 5792
Attorney for Plaintiff                          Attorney for Defendants